**BOKHOUR LAW GROUP, P.C.**
Mehrdad Bokhour, Esq., CA Bar No. 285256
*mehrdad@bokhourlaw.com*
1901 Avenue of the Stars, Suite 920
Los Angeles, California 90067
Tel: (310) 975-1493; Fax: (310) 675-0861

**FALAKASSA LAW, P.C.**
Joshua S. Falakassa, CA Bar No. 295045
*josh@falakassalaw.com*
1901 Avenue of the Stars, Suite 920
Los Angeles, California 90067
Tel: (818) 456-6168; Fax: (888) 505-0868

Attorneys for Plaintiff and the Putative Classes

Ferry Eden Lopez (SBN 274080)
ferry.lopez@klgates.com
Neil Eddington (SBN 342891)
neil.eddington@klgates.com
**K&L GATES LLP**
10100 Santa Monica Blvd, 8th Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

Attorneys for Defendant LABORATORY
CORPORATION OF AMERICA

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WISE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LABORATORY CORPORATION OF AMERICA, a Delaware Corporation; and DOES 1-50, inclusive.<br><br>Defendants. | Case No. 2:25-cv-01402-DJC-DMC<br><br>**JOINT RESPONSE TO OSC RE: WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH THE FEDERAL RULES OF CIVIL PROCEDURE, LOCAL RULES, AND THIS COURT'S ORDER** |

Plaintiff CHRISTOPHER WISE ("Plaintiff") and Defendant LABORATORY CORPORATION OF AMERICA ("Defendant") (Plaintiff and Defendant collectively, the "Parties") by and through their respective counsel of record, hereby jointly submit the following statement in response to the Court's OSC re: failure to comply with the Federal Rules of Civil Procedure, Local Rules, and this Court's order.

The Parties respectfully apologize to the Court for failing to timely file their Joint Rule 26(f) Report. The Parties did timely meet and confer telephonically on July 10, 2025, and an initial draft of the Report was completed on July 15, 2025. However, due to a mutual misunderstanding as to which party was responsible for filing, and the absence of an  express authorization to use Plaintiff's counsel's e-signature before deadline, the Report was not filed on time.

The Parties sincerely regret this oversight and assure the Court that they will take appropriate measures to avoid recurrence. Specifically, the Parties will set clear expectations regarding filing responsibility and ensure that necessary signature authorizations are obtained in advance. Going forward, the Parties remain committed to cooperating in good faith and complying with all applicable rules and orders of the Court.

Dated: September 2, 2025

By: /s/ Neil Eddington
Ferry Eden Lopez
Neil Eddington
K&L GATES LLP

Attorneys for Defendant
LABORATORY CORPORATION OF
AMERICA

2

JOINT OSC RESPONSE

Dated: September 2, 2025

By: */s/ Mehrdad Bokhour*
Mehrdad Bokhour
Bokhour Law Group, P.C.
Attorneys for Plaintiff CHRISTOPHER WISE

3