AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Eastern    **District of**    California

| | |
|---|---|
| Christopher Wise <br> Plaintiff (s), <br><br> v. <br><br> Laboratory Corporation of America <br><br> Defendant (s), | **CONSENT ORDER GRANTING** <br> **SUBSTITUTION OF ATTORNEY** <br><br><br> **CASE NUMBER:**  2:25-cv-01402-DJC-DMC |

Notice is hereby given that, subject to approval by the court,    Laboratory Corporation of America    substitutes

(Party (s) Name)

Jemuel Gascon    , State Bar No.    339241    as counsel of record in place

(Name of New Attorney)

place of    Penny Chen Fox, Neil Eddington, Raef J. Cogan    .

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:    Dentons US LLP

Address:    601 South Figueroa Street, Suite 2500

Telephone:    213-623-9300    Facsimile  213-623-9924

E-Mail (Optional):    jemuel.gascon@dentons.com

I consent to the above substitution.

Date:    5/26/2026

Drew Chakeres on behalf of Defendant

*s/Drew Chakeres*

(Signature of Party (s))

I consent to being substituted.

Date:    5/26/2026

Penny Chen Fox

*s/Penny Chen Fox*

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:    5/26/2026

Jemuel Gascon

*s/Jemuel Gascon*

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:    June 17, 2026

/s/ Daniel J. Calabretta

United States District Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**