AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Eastern     **District of**     California

| | |
|---|---|
| Christopher Wise<br>Plaintiff (s),<br><br>v.<br><br>Laboratory Corporation of America<br>Defendant (s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br><br>**CASE NUMBER:**  2:25-cv-01402-DJC-DMC |

Notice is hereby given that, subject to approval by the court,     Laboratory Corporation of America     substitutes
(Party (s) Name)

           Erin F. Norris     , State Bar No.     325090     as counsel of record in place
(Name of New Attorney)

place of     Penny Chen Fox, Neil Eddington, Raef J. Cogan     .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Dentons US LLP |
| Address: | 601 South Figueroa Street, Suite 2500 |
| Telephone: | 213-623-9300     Facsimile  213-623-9924 |
| E-Mail (Optional): | erin.norris@dentons.com |

I consent to the above substitution.                                    Drew Chakeres on behalf of Defendant

Date:     5/26/2026                                                                      *s/Drew Chakeres*
(Signature of Party (s))

I consent to being substituted.                                           Penny Chen Fox

Date:     5/26/2026                                                                      *s/Penny Chen Fox*
(Signature of Former Attorney (s))

I consent to the above substitution.                                     Erin Norris

Date:     5/26/2026                                                                      *s/Erin Norris*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:     June 17, 2026                                                             /s/ Daniel J. Calabretta
United States District Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**